United States District Court
Northern District of California

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID RICHARD VIGIL JR.,<br>Petitioner,<br>v.<br>WARDEN CTF - SOLEDAD,<br>Respondent. | Case No. 26-cv-10761-RS (PR)<br><br>**ORDER OF DISMISSAL** |

This federal habeas action is DISMISSED because it is duplicative of a prior habeas action (Case No. 26-cv-04357-RS) that challenges the same state court judgment (Alameda County Superior Court No. 178803). An Order to Show Cause has been issued in that prior action. If petitioner wishes to file an amended petition, he must file it in the prior action (Case No. 26-cv-04357-RS).

Petitioner's motion to proceed in forma pauperis is GRANTED. (Dkt. No. 2.) The Clerk shall terminate all pending motions, enter judgment in favor of respondent, and close the file.

**IT IS SO ORDERED.**

**Dated:** October 9, 2026

RICHARD SEEBORG
United States District Judge